United States District Court
Southern District of Texas
**ENTERED**
May 01, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Eric Coc-Che, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | CIVIL NO. 4:26-CV-24 |
| | § | |
| Warden Randy Tate, *et al.*, | § | |
| | § | |
| *Respondents*. | § | |

## ORDER[1]

U.S. Customs and Immigration Enforcement ("ICE") detained Petitioner Eric Coc-Che on November 14, 2025. ECF No. 1 ¶ 2. He filed a petition for a writ of habeas corpus on January 2, 2026, challenging his detention. ECF No. 1.

On March 3, 2026, Respondents filed a response to the petition, ECF No. 7, and notified the Court that "Petitioner's appeal from the BIA was dismissed on . . . February 19, 2026," and that Petitioner was scheduled to be removed from the United States on March 10, 2026, ECF No. 8 at 1. Nothing has been filed since.

Accordingly, the Court **ORDERS** Respondents to file a notice by May 5, 2026, explaining whether Petitioner has been removed from the United States.

---

[1] The district judge to whom this case is assigned referred all pretrial proceedings under 28 U.S.C. § 636. ECF No. 4.

1

**IT IS SO ORDERED.**

Signed on May 1, 2026, at Houston, Texas.

_____

**Dena Hanovice Palermo**
**United States Magistrate Judge**