United States District Court
Southern District of Texas
**ENTERED**
May 08, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| ERIC COC-CHE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-00024 |
| | § | |
| RANDY TATE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Before the Court is United States Magistrate Judge Dena Hanovice Palermo's Report and Recommendation filed on May 6, 2026. Doc. #12. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Report and Recommendation in its entirety.

Therefore, Petitioner Eric Coc-Che's petition for a writ of habeas corpus (Doc. #1) is hereby DISMISSED as MOOT without prejudice.

The Clerk is DIRECTED to close this case.

It is so ORDERED.

MAY 0 7 2026
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge